```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JOHN SCOTT DEKUYPER,                     :
                                         :
                   Plaintiff,            :
                                         :    14cv8249 (DLC)
         -v-                             :
                                         :        ORDER
THE CITY OF NEW YORK, NEW YORK CITY      :
POLICE DEPARTMENT ("NYPD") CHIEF OF      :
DEPARTMENT JOSEPH ESPOSITO, NYPD         :
OFFICER PATRICK MULLANE, SHIELD NO.      :
5171, NYPD OFFICER FNU/LNU SHIELD NO.    :
867 (believed to be either PEDRO CABAL   :
or SHREEGANES MEADE), and NYPD           :
OFFICERS JOHN and JANE DOE #1-5 (The     :
names being fictitious, as the true      :
names and shield numbers are no          :
presently known) in their individually   :
and official capacities,                 :
                                         :
                   Defendants.           :
                                         :
---------------------------------------- X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/2016

DENISE COTE, District Judge:

On August 1, 2016, the plaintiff submitted a letter requesting: (1) leave to file under seal documents produced by the defendants, bates-numbered D859-863; (2) an order compelling the defendants to produce closing reports and/or summaries of relevant incidents listed in the CCRB, IAB, and CPO indices relating to defendant Joseph Esposito ("Esposito"); and (3) an order compelling the defendants to produce transcripts of deposition testimony given by Esposito in other lawsuits involving claims of excessive force or false arrest. It is

hereby

ORDERED that the plaintiff's request to file documents bates-numbered D859-863 under seal is granted.

IT IS FURTHER ORDERED that the defendants shall promptly produce to the plaintiff closing reports and/or summaries for incidents involving Esposito occurring no more than ten years prior to the incident at issue in this case in which there was a complaint involving excessive force or false arrest, or entries that suggest false or misleading statements or other acts of dishonesty by Esposito.  Responsive documents shall be produced whether or not there was a finding of misconduct.  In the event the defendants redact or withhold any responsive documents, they shall provide a privilege log to the plaintiff contemporaneously with their production.

IT IS FURTHER ORDERED that the defendants shall promptly produce to the plaintiff transcripts of any depositions of Esposito in other lawsuits with claims that Esposito used excessive force or participated in a false arrest on the same day on which the plaintiff was arrested.  The defendants shall, by August 12, identify all depositions given by Esposito in lawsuits filed against Esposito that involve both (1) allegations of excessive force or false arrests and (2)

incidents that occurred no more than ten years prior to the incident at issue in this case.

Dated:     New York, New York
           August 8, 2016

                                          _____
                                                 DENISE COTE
                                          United States District Judge