

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Amy Robinson
Spec. Assistant Corporation Counsel
Email: arobinso@law.nyc.gov
Phone: (212) 356-3518

March 16, 2017

**VIA ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Dekuyper v. City of New York, et al., 14 cv 8249 (DLC)

Your Honor:

I am a Special Assistant Corporation Counsel for The City of New York, attorney for defendants in this action. The parties write jointly to apprise Your Honor of the status of settlement negotiations in this matter. On March 9, 2017, Your Honor ordered the April 24, 2017, trial date adjourned sine die on account of a motion for reconsideration of the Court's December 16, 2016, Opinion and Order having been filed on January 13, 2017, and being under the Courts consideration. See Dkt. No. 86.

A settlement conference in this case took place on March 9, 2017, before the Honorable Magistrate Judge Peck. At the end of the conference, plaintiff requested on consent one week, until March 15, 2017, to consider a potential settlement, which Magistrate Judge Peck granted. See Dkt. No. 88, Letter Motion for Extension of Time to File a letter-report consistent with settlement conference from [Mar. 9, 2017] until Wednesday, March 15, 2017 at 5:00 p.m. Plaintiff has requested on consent until March 20, 2017, to inform the Court as to whether settlement has been reached. Magistrate Judge Peck granted this extension via conference call yesterday afternoon and recommended that the parties apprise Your Honor of the status of settlement discussions as the motion for reconsideration is under consideration.

Respectfully Submitted,

_____/s/_____
Amy Robinson
Special Federal Litigation Division

cc: Gideon Oliver, Esq. (*via ECF*)